# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ALIREZA ROGHAEE<br><br>Plaintiff,<br><br>v.<br><br>MARKWAYNE MULLIN, SECRETARY, UNITED STATES DEPARTMENT OF HOMELAND SECURITY; JOSEPH B. EDLOW, DIRECTOR OF USCIS<br><br>Defendants. | Case No. 2:26–cv–04160 JFW (DMKx)<br><br>[~~proposed~~] ORDER ON *EX PARTE* APPLICATION **FOR ORDER EXTENDING PAGE LIMIT BY 6 PAGES FOR MEMORANDUM OF POINTS AND AUTHORITIES** ~~P~~ LAINTIFF'S *EX PARTE* APPLICATION FOR:<br><br>(I) Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction Enjoining USCIS from Applying Adjudication Hold;<br>(II) Declaratory Judgment that USCIS Policy Memoranda PM-602-0192 and PM-602-0194 are Inapplicable and Inoperative as to Plaintiff; and<br>(III) Order that USCIS Adjudicate & Approve Plaintiff's I-765 Application for Work Authorization and Issue EAD Card |

-1-

On April 27, 2026, Plaintiff Alireza Roghaee filed an *Ex Parte* Application in conjunction with a Complaint for a Writ in the Nature of Mandamus and APA Violations seeking relief from the Court (the "Substantive *Ex Parte* Application"). Concurrently with said *Ex Parte* Application, Plaintiff also filed an *Ex Parte* Application for Order Extending Page Limit By 6 Pages for the Memorandum of Points and Authorities to Plaintiff's Substantive *Ex Parte* Application (the "Page Extension *Ex Parte* Application").

Finding good cause, the Court hereby GRANTS Plaintiff's Page Extension *Ex Parte* Application, and accepts and allows Plaintiff to exceed the number of pages in his Memorandum of Points and Authorities for the Substantive *Ex Parte* Application by six pages.

IT IS SO ORDERED.

Date:    May 4, 2026

_____
Hon. John F. Walter
United States District Judge

-2-