**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES -- GENERAL**

Case No. **CV 26-4160-JFW(DMKx)** Date: August 20, 2026

Title: Alireza Roghaee *-v-* Markwayne Mullin, et al.

---

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

**Julieta Lozano**
**Courtroom Deputy**

**None Present**
**Court Reporter**

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS (IN CHAMBERS): ORDER CONTINUING HEARING ON DEFENDANTS' MOTION TO DISMISS [filed 7/14/2026; Docket No. 25]**

In light of the pending Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d) and 5 U.S.C. § 504 *et seq*. (Docket No. 28), which is scheduled for hearing on September 21, 2026, the Court **CONTINUES** the hearing on Defendants' Motion to Dismiss, currently scheduled for hearing on August 24, 2026, to **September 21, 2026 at 1:30 p.m.**

IT IS SO ORDERED.



Initials of Deputy Clerk jloz