**DENIED**

BY ORDER OF THE COURT

NO SHOWING OF GOOD CAUSE

8/27/26

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

ALIREZA ROGHAEE,

Plaintiff,

v.

MARKWAYNE MULLIN, et al.,

Defendants.

No. 2:26-cv-04160-JFW-DMK

**[PROPOSED] ORDER VACATING SCHEDULING CONFERENCE AND ASSOCIATED RULE 26(f) DEADLINES**

Pursuant to the Stipulation filed by the parties and the supporting Declaration of Haena Lee, and for good cause shown,

IT IS ORDERED that the Scheduling Conference currently set for September 14, 2026 at 1:15 p.m. is VACATED, along with the associated Rule 26(f) deadlines. If necessary, following resolution of Defendants' pending Motion to Dismiss and Plaintiff's Motion for Attorneys' Fees, the Court will reset the Scheduling Conference and associated deadlines.

**DENIED**

BY ORDER OF THE COURT

Dated: ______________

______________________________

HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE